# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Theresa Wamhoff-Mitro | Case No. 13-cv-7987 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| GC Services, LP | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Lifetime Debt Solutions, LLC

By:___/s/ Jeffrey S. Hyslip__
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL 60608

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:


Jennifer W. Weller
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081

Counsel for:
GC Services, LP                                        /s/ Jeffrey Hyslip